# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TREY A. JOHNSON

NO. 2024 KW 0610

**SEPTEMBER 23, 2024**

---

In Re:    Trey A. Johnson, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 23-CR-54.

---

BEFORE:    **THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED.** Relator's convictions for simple criminal damage to property less than $1,000 and domestic abuse battery are reversed, and the sentences are vacated. The State elected to charge relator in separate bills of information with simple criminal damage to property less than $1,000 and domestic abuse battery, but the bills of information were consolidated for trial. As relator faced a total sentencing exposure exceeding six months imprisonment following the consolidation of the two bills of information for trial, relator became entitled to a jury trial as to all of the charged misdemeanor offenses. **State v. Barr,** 2000-1787 (La. 3/9/01), 781 So.2d 1249, 1250 (per curiam); **State v. Hornung,** 620 So.2d 816, 817 (La. 1993) (per curiam). Relator, however, was not advised of his right to a jury trial, nor did he waive his right to a jury trial. Accordingly, this matter is remanded to the trial court for a new trial.

**WRC**
**CHH**

**Theriot, J.,** dissents and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT